DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RONALD J. BAKER,**
Appellant,

v.

**JONATHAN ETTMAN** and **LAURA ETTMAN,**
Appellees.

No. 4D21-315

[March 18, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Ashley C. Zuckerman, Judge; L.T. Case No. 50-2019-AP-000151-CAXX-MB and L.T. No. 50-2019-SC-012075-XXXX-MB

Ronald J. Baker, West Palm Beach, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***